**F I L E D**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————

No. 02-61007
Summary Calendar

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MICHAEL LEE HODGES,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:02-CR-18-1
--------------------

Before BARKSDALE, DEMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Michael Lee Hodges appeals from the district court's order
affirming the magistrate judge's detention order.  The district
court's decision, which affirmed the magistrate judge's detention
order, rests upon the conclusion that Hodges has not rebutted the
presumption that no condition or combination of conditions will
reasonably assure his presence at trial.  See 18 U.S.C.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

§ 3142(e).  This conclusion is supported by the record.  See

<u>United States v. Rueben</u>, 974 F.2d 580, 586 (5th Cir. 1992).

Accordingly, the district court's order is AFFIRMED.